## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re  MATTHEW W. EGBERT<br>MELISSA F. EGBERT<br>Debtor(s) | )<br>)<br>)<br>) | Case No: 11-22783-REF |
| MATTHEW W. EGBERT<br>MELISSA F. EGBERT | )<br>)<br>) | Chapter 13 |
| | ) | Hon. Richard E. Fehling |
| v. | )<br>) | |
| FIRST COMMONWEALTH<br>FCU | )<br>)<br>) | Adv. Proc. No. 12-00069 |
| Defendant | ) | |

## ORDER OF THE COURT

AND NOW, to wit this __17__ day of __October__, 2012, it is hereby ORDERED, ADJUDGED and DECREED, that Respondent First Commonwealth FCU's lien on Debtor's property at 424 2nd Street, Slatington, PA 18080 is ~~wholly unsecured~~ avoided and the debt shall be treated as ~~such~~ unsecured in the administration of this Chapter 13 bankruptcy.



J. _____